JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
FLSA Counsel
GRACE A. KIM (CSBN 247456)
Trial Attorney
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-3950
Facsimile:  (213) 894-2064
Email: kim.grace@dol.gov

Attorneys for Plaintiff Secretary of Labor

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD C. HUGLER[1]<br>   Acting Secretary of Labor,<br>   United States Department of Labor,<br><br>               Plaintiff,<br>                  v.<br><br>ARIZONA LOGISTICS, INC., d/b/a DILIGENT DELIVERY SYSTEMS, an Arizona corporation; PARTS AUTHORITY ARIZONA, LLC, an Arizona limited liability company.<br><br>               Defendants. | Case No. 2:16-CV-04499-DLR<br><br>**NOTICE OF RELATED CASE** |

---

[1] On January 20, 2017, Edward C. Hugler was appointed the Acting Secretary of Labor.  Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Hugler is substituted as the Plaintiff in this action.

NOTICE OF RELATED CASE                                                                      Page 1 of 3

1
2
3
4
5
6
7
8

PLAINTIFF EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary"), files this notice to inform the Court that subsequent to filing the Complaint in the instant action, counsel for the Secretary recently learned of a related case entitled <u>Bonner, et al. v. Michigan Logistics, Inc., et al.</u>, Case No. 2:16-CV-03662-GMS (D. Ariz.), which is presently pending before Judge Snow.

9
10
11
12
13
14
15
16
17
18
19

Respectfully submitted,

Dated: January 30, 2017

JANET M. HEROLD
Regional Solicitor

SUSAN SELETSKY
FLSA Counsel

__/s/ Grace A. Kim_____
GRACE A. KIM
Trial Attorney
Attorneys for the Plaintiff
U.S. Department of Labor

20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Heather Fox Vickles
John Alan Doran
Matthew McKinley Morrison
Attorneys for Defendant Arizona Logistics, Inc., d/b/a Diligent Delivery Systems

I hereby certify that on January 30, 2017, I served the attached document by U. S. Mail on the following, who is not yet a registered participant of the CM/ECF System:

Parts Authority Arizona, LLC
c/o Randy Buller
2550 N. Scottsdale Rd.
Tempe, AZ 85281

　　　　　　　　　　　　　　　　__/s/ Grace A. Kim____
　　　　　　　　　　　　　　　　GRACE A. KIM