JANET M. HEROLD
Regional Solicitor
BORIS ORLOV (CSBN 223532)
Senior Trial Attorney
M. CRISTOPHER SANTOS (CSBN 306346)
Trial Attorney
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-3950
Facsimile:  (213) 894-2064
Email: orlov.boris@dol.gov

*Attorneys for Plaintiff Secretary of Labor*

Heather Fox Vickles
Matthew McKinley Morrison
Sherman & Howard L.L.C. - Denver, CO
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 299-8194
Fax: (303) 298-0940
Email: hvickles@shermanhoward.com
Email: mmorrison@shermanhoward.com

John Alan Doran
Sherman & Howard L.L.C. - Scottsdale, AZ
7033 E Greenway Pkwy., Ste. 250
Scottsdale, AZ 85254
Tel: (480) 624-2710
Fax: (480) 624-2029
Email: jdoran@shermanhoward.com

*Attorneys for Defendant Arizona Logistics, Inc., d/b/a Diligent Delivery Systems*

Sharon P. Stiller
Abrams Fensterman Fensterman Eisman
Formato Ferrera & Wolf LLP
160 Linden Oaks, Ste. E
Rochester, NY 14625

Tel: (585) 218-9999
Fax: (585) 218-0562
Email: sstiller@abramslaw.com

Michelle Ray Matheson
Matheson & Matheson PLC
15300 N 90th St., Ste. 550
Scottsdale, AZ 85260
Tel: (480) 889-8951
Fax: (480) 339-4538
Email: mmatheson@mathesonlegal.com

*Attorneys for Defendant Parts Authority Arizona, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br> Secretary of Labor,<br> United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA LOGISTICS, INC., d/b/a DILIGENT DELIVERY SYSTEMS, an Arizona corporation; and PARTS AUTHORITY ARIZONA LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. 2:16-cv-04499-DLR<br><br>**JOINT MOTION TO RE-SET SETTLEMENT CONFERENCE** |

Plaintiff R. Alexander Acosta and Defendants Arizona Logistics, Inc. and Parts Authority Arizona LLC submit this Joint Motion to Re-Set Settlement Conference:

1. This case was referred to United States Magistrate Judge Bridget S. Bade for a settlement conference to facilitate resolution of the case. (Doc. 44).

2. Magistrate Judge Bade issued a Settlement Conference Order (Doc. 47) setting a settlement conference on March 30, 2018 at 1:30 p.m.

3. The deadline for the parties to engage in good faith settlement talks was recently extended by the Court to June 8, 2018 (Doc. 57).

4.  In order to complete additional discovery prior to engaging in good faith settlement talks, and in hopes of maximizing the opportunity for productive discussions, the parties wish to re-set the settlement conference with Magistrate Judge Bade to May 31, 2018, at 9:30 a.m.

WHEREFORE, the parties jointly request that the Settlement Conference with Magistrate Judge Bade be re-set to May 31, 2018 at 9:30 a.m.

RESPECTFULLY SUBMITTED this 8th day of March, 2018.

By:
 *s/ Boris Orlov* (with permission)
BORIS ORLOV
Senior Trial Attorney
M. CRISTOPHER SANTOS
Trial Attorney
*Attorneys for Plaintiff*

 *s/ Heather Fox Vickles*
Heather Fox Vickles (Admitted Pro Hac Vice)
Matthew M. Morrison (Adm. Pro Hac Vice)
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, Colorado 80202
*Attorneys for Defendant Arizona Logistics, LLC d/b/a Diligent Delivery Systems*

 *s/ Michelle Matheson* (with permission)
Michelle Ray Matheson
Matheson & Matheson PLC
15300 N 90th St., Ste. 550
Scottsdale, AZ 85260
Tel: (480) 889-8951
Fax: (480) 339-4538
Email: mmatheson@mathesonlegal.com
*Attorneys for Defendant Parts Authority Arizona LLC*

# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 8th day of March, 2018, I electronically filed the foregoing **JOINT MOTION TO RE-SET SETTLEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Grace A. Kim, Trial Attorney
Boris Orlov, Senior Trial Attorney
Martin D. Cristopher Santos, Attorney
US Department of Labor - Office of the Solicitor
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071
Email: kim.grace@dol.gov
Email:  orlov.boris@dol.gov
Email:  santos.martin.c@dol.gov

*Attorneys for Plaintiff*

Sharon P. Stiller
Abrams Fensterman Fensterman Eisman
Formato Ferrera & Wolf LLP
160 Linden Oaks, Ste. E
Rochester, NY 14625
Email: sstiller@abramslaw.com

Michelle R. Matheson
MATHESON & MATHESON, P.L.C.
15300 North 90th Street, Suite 550
Scottsdale, Arizona 85260
Email: mmatheson@mathesonlegal.com

*Attorneys for Defendant Parts Authority Arizona LLC*

                                                 */s/ Lynn Howell*