Janet M. Herold
Regional Solicitor
Boris Orlov (CSBN 223532)
Senior Trial Attorney
M.J. Cristopher Santos (CSBN 306346)
Trial Attorney
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-3950
Facsimile:  (213) 894-2064
Email: orlov.boris@dol.gov

*Attorneys for Plaintiff Secretary of Labor*

Heather Fox Vickles
Matthew McKinley Morrison
Sherman & Howard L.L.C. - Denver, CO
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 299-8194
Fax: (303) 298-0940
Email: hvickles@shermanhoward.com
Email: mmorrison@shermanhoward.com

John Alan Doran
Sherman & Howard L.L.C. - Scottsdale, AZ
7033 E Greenway Pkwy., Ste. 250
Scottsdale, AZ 85254
Tel: (480) 624-2710
Fax: (480) 624-2029
Email: jdoran@shermanhoward.com

*Attorneys for Defendant Arizona Logistics, Inc., d/b/a Diligent Delivery Systems*

Sharon P. Stiller
Abrams Fensterman Fensterman Eisman
Formato Ferrera & Wolf LLP
160 Linden Oaks, Ste. E
Rochester, NY 14625
Tel: (585) 218-9999
Fax: (585) 218-0562
Email: sstiller@abramslaw.com

Michelle Ray Matheson
Matheson & Matheson PLC
15300 N 90th St., Ste. 550
Scottsdale, AZ 85260
Tel: (480) 889-8951
Fax: (480) 339-4538
Email: mmatheson@mathesonlegal.com

*Attorneys for Defendant Parts Authority Arizona, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| R. Alexander Acosta,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>            Plaintiff,<br><br>v.<br><br>Arizona Logistics, Inc., d/b/a Diligent<br>Deliver Systems, an Arizona corporation;<br>and Parts Authority Arizona, LLC, an<br>Arizona limited liability company,<br><br>            Defendants. | Case No. 2:16-cv-04499-DLR<br><br>**JOINT MOTION TO MODIFY THE AMENDED SCHEDULING ORDER FOR THE LIMITED PURPOSE OF CONTINUNG THE DEADLINE FOR THE FRCP 26(a)(3) DISCLOSURES** |

Plaintiff R. Alexander Acosta and Defendants Arizona Logistics, Inc. ("Arizona Logistics") and Parts Authority Arizona LLC ("Parts Authority"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4), submit this Joint Motion to Modify the Amended Scheduling Order [Dkt. No. 76] to continue the deadline for the Fed. R. Civ. Pro. 26(a)(3) Pretrial Disclosures to November 17, 2018.

According to the existing Amended Scheduling Order, the deadline for the completion of fact discovery and all disclosures required under Fed. R. Civ. Pro. 26(a)(3) is August 17, 2018.

The parties have been working to complete discovery including cooperating on scheduling 17 depositions during the week of August 6, 2018. However, this case involves a large number of depositions and a large number of documents. For example, in the last two weeks Arizona Logistics produced close to 10 gigabytes of emails and

2

other documents. The parties need additional time to review and analyze the documents produced as well as the testimony from the recent depositions and determine how these documents and depositions will alter their 26(a)(3) disclosures.

The parties jointly request that, pursuant to Fed. R. Civ. P. 16(b)(4), the Court modify the Scheduling Order to allow the Rule 26(a)(3) disclosures to occur on November 17, 2018.

WHEREFORE, for good cause shown, the parties jointly request that the Court grant this Motion to amend the Scheduling Order to continue the deadline for the Fed. R. Civ. Pro. 26(a)(3) Pretrial Disclosures to November 17, 2018.

SUBMITTED this 6th Day of August, 2018.

By:
  __/s/ M.J. Cristopher Santos_____
  Boris Orlov
  Senior Trial Attorney
  M.J. Cristopher Santos
  Trial Attorney
  *Attorneys for Plaintiff*

  __/s/ Matthew M. Morrison_____
  Heather Fox Vickles (Admitted Pro Hac Vice)
  Matthew M. Morrison (Adm. Pro Hac Vice)
  Sherman & Howard L.L.C.
  633 17th Street, Suite 3000
  Denver, Colorado 80202
  *Attorneys for Defendant Arizona Logistics, LLC d/b/a Diligent Delivery Systems*

  __/s/ Michelle R. Matheson_____
  Michelle Ray Matheson
  Matheson & Matheson PLC
  15300 N 90th St., Ste. 550
  Scottsdale, AZ 85260
  Tel: (480) 889-8951
  Fax: (480) 339-4538
  Email: mmatheson@mathesonlegal.com
  *Attorneys for Defendant Parts Authority Arizona LLC*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 6th day of August, 2018, I electronically filed the foregoing **JOINT MOTION TO MODIFY THE AMENDED SCHEDULING ORDER FOR THE LIMITED PURPOSE OF CONTINUNG THE DEADLINE FOR THE FRCP 26(a)(3) DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Heather Fox Vickles
Matthew McKinley Morrison
Sherman & Howard L.L.C. - Denver, CO
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email: hvickles@shermanhoward.com
Email: mmorrison@shermanhoward.com

John Alan Doran
Sherman & Howard L.L.C. - Scottsdale, AZ
7033 E Greenway Pkwy., Ste. 250
Scottsdale, AZ 85254
Email: jdoran@shermanhoward.com

*Attorneys for Defendant Arizona Logistics*

Sharon P. Stiller
Abrams Fensterman Fensterman Eisman
Formato Ferrera & Wolf LLP
160 Linden Oaks, Ste. E
Rochester, NY 14625
Email: sstiller@abramslaw.com

Michelle R. Matheson
MATHESON & MATHESON, P.L.C.
15300 North 90th Street, Suite 550
Scottsdale, Arizona 85260
Email: mmatheson@mathesonlegal.com

*Attorneys for Defendant Parts Authority Arizona LLC*

/s/ M.J. Cristopher Santos