Julie E Maurer SB #023347
LEWIS BRISBOIS BISGAARD
& SMITH LLP
2929 North Central Avenue, Ste. 1700
Phoenix, AZ 85012
Telephone: 602.385.7832
Facsimile: 602.385.051
julie.maurer@lewisbrisbois.com

Peter N. Kirsanow
Richard Hepp
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Ste. 2300
Cleveland, Ohio 44114-2378
Telephone:   216.363.4500
Facsimile:    216.363.4588
pkirsanow@beneschlaw.com
rhepp@beneschlaw.com

*Attorneys for Defendant Arizona Logistics, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SECRETARY OF LABOR, United States Department of Labor<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA LOGISTICS, INC., d/b/a DILIGENT DELIVERY SYSTEMS, an Arizona corporation; PARTS AUTHORITY ARIZONA, LLC, an Arizona limited liability company, and LARRY BROWNE, an individual<br><br>Defendants. | Case No. 2:16-cv-04499-DLR<br><br>**DEFENDANT ARIZONA LOGISTICS, INC.'S OPPOSITION TO PLAINTIFF SECRETARY OF LABOR'S MOTION TO MODIFY THE SCHEDULING ORDER TO CONDUCT LIMITED WRITTEN EXPERT DISCOVERY AND TO DESIGNATE A REBUTTAL EXPERT** |

Defendant Arizona Logistics, Inc. doing business as Diligent Delivery Systems ("Diligent") hereby opposes Plaintiff Secretary of Labor's ("DOL") Motion to Modify the Scheduling Order to Conduct Limited Written Expert Discovery and to Designate a Rebuttal Expert ("Motion").

First, DOL's Motion is premature. Currently pending before this Court are

1

summary judgment motions filed by Diligent, Defendant Parts Authority Arizona, LLC, and Defendant Larry Browne, which, if granted, would wholly dispose of DOL's claims. Thus, there is no good reason to decide DOL's Motion now, and it should be held in abeyance pending the Court's decision on Defendants' summary judgment motions. Second, there is no need to conduct written discovery on the documents that Diligent's expert, Dr. Paul White ("Dr. White"), relied upon to form the opinions in his declaration. Dr. White describes the exact documents he relied upon (including using pinpoint citations in footnotes) in the declaration. The majority of the documents were either previously produced by the parties during written discovery or filed with this Court. The remainder are from publicly available websites, and Dr. White includes the addresses of those websites in his pinpoint citations. Nothing could be learned from written discovery regarding documents that all parties currently possess or are otherwise publicly available. Finally, DOL can ascertain any facts it seeks about those documents as well as Dr. White's background when it deposes him. DOL had a chance to conduct discovery on Dr. White and chose not to prior to the close of expert discovery. The issuance of Dr. White's declaration during summary judgment briefing, which this Court held was harmless, should not provide an opportunity for DOL to open a window that it previously decided to keep closed.

For the foregoing reasons, Diligent respectfully requests that this Court hold DOL's Motion in abeyance pending the Court's decision on Defendants' summary judgment motions, or, in the alternative, deny DOL's Motion in its entirety.

. . .

Dated: March 24, 2022.

Respectfully submitted,

*s/ Richard E. Hepp*
Peter N. Kirsanow (OH 0034196)
Richard Hepp (OH 0090448)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Ste. 2300
Cleveland, Ohio 44114-2378

Julie E. Maurer, SB #023347
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Ste. 1700
Phoenix, Arizona 85012-2761
*Attorneys for Arizona Logistics, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was electronically filed on March 24, 2022, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

*/s/ Richard E. Hepp*
*One of the Attorneys for Arizona Logistics, Inc.*
