Sharon Stiller (*pro hac vice*)
**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,**
**FORMATTO, FERRARA & WOLF, LLP.**
160 Linden Oaks, Suite E
Rochester, NY 14625
(585) 218-9999
sstiller@abramslaw.com
*Attorney for Defendant Parts Authority*

Michelle R. Matheson #019568
**MATHESON & MATHESON, P.L.C.**
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
**E-Service:** reception@mathesonlegal.com
*Local Counsel for Defendant Parts Authority*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor, | Case No.:  2:16-cv-04499-DLR |
| Plaintiffs, | |
| v. | **DEFENDANT PARTS AUTHORITY'S NOTICE OF JOINDER** |
| Arizona Logistics, Inc., d/b/a Diligent Delivery Systems, an Arizona corporation; Larry Browne, an individual; Parts Authority Arizona LLC, an Arizona limited liability company; | |
| Defendants. | |

/ / /

/ / /

/ / /

1

1     Defendant Parts Authority Arizona LLC ("Parts Authority") by and through counsel

2  undersigned, hereby joins Co-Defendant Diligent Delivery Systems' Opposition to

3  Plaintiff's Motion to Modify the Scheduling Order to Conduct Limited Written Expert

4  Discovery and to Designate a Rebuttal Expert, dated March 24, 2022 [Dkt. 261].

5                    DATED this 24th day of March 2022.

6

7                         **MATHESON & MATHESON, P.L.C.**

8

9                         /s/ Michelle R. Matheson
                              Michelle R. Matheson, #019568
10                            *Local Counsel for Defendant Parts Authority*

11

12                            Sharon Stiller *(pro hac vice)*
                              **ABRAMS, FENSTERMAN, FENSTERMAN,**
13                            **EISMAN, FORMATO, FERRARA & WOLF, LLP.**
                              160 Linden Oaks, Suite E
14                            Rochester, NY 14625
                              *Attorney for Defendant Parts Authority*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

☒    I hereby certify that on <u>March 24, 2022,</u> I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

**UNITED STATES DEPARTMENT OF LABOR**
Janet M. Herold

6

Andrew J. Schultz
Boris Orlov

7

Hailey Mcallister
Paige Pulley

8

Eduard R. Meleshinsky
orlov.boris@dol.gov

9

*Attorneys for Plaintiff Secretary of Labor*

10

11

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Peter N. Kirsanow

12

Richard E. Hepp
pkirsanow@beneschlaw.com

13

rhepp@beneschlaw.com

14

**LEWIS BRISBOIS BISGAARD & SMITH LLP** Julie E. Maurer

15

Julie E. Maurer
Andrew B. Kleiner

16

Julie.Maurer@lewisbrisbois.com
Andrew.Kleiner@lewisbrisbois.com

17

*Attorneys for Defendant Arizona Logistics, Inc.,*

18

*d/b/a Diligent Delivery Systems*

19

**KEVIN H. GEORGE & ASSOCIATES, PC**

20

Kevin H. George
kmas7656@aol.com

21

**JENNINGS, STROUSS & SALMON, P.L.C.**

22

John J. Egbert

23

Christopher M. Mason
jegbert@jsslaw.com

24

cmason@jsslaw.com
*Attorneys for Larry Browne*

25

26

  <u>/s Christina Hackett</u>

27

28