Kevin H. George, *pro hac vice*
Texas Bar No. 07805850
Kevin H. George & Associates, PC
440 Louisiana Street, Suite 1225
Houston, Texas  77002
(713) 655-0200/(713) 655-9035 (Fax)
kmas7656@aol.com

Christopher M. Mason - Arizona Bar No. 019891
cmason@jsslaw.com
Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, Arizona  85004
(602) 262-5994/(602) 295-2615 (Fax)

*Attorneys for Larry Browne*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Logistics, Inc., d/b/a Diligent Delivery Systems, an Arizona corporation, and Parts Authority Arizona LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. 2:16-cv-04499-DLR<br><br>**DEFENDANT LARRY BROWNE'S NOTICE OF JOINDER** |

Defendant Larry Browne, by and through counsel undersigned, hereby joins Co-Defendant Diligent Delivery Systems' Opposition to Plaintiff's Motion to Modify the Scheduling Order to Conduct Limited Written Expert Discovery and to Designate a Rebuttal Expert, dated March 24, 2022 [Dkt. 261].

DATED this 30th day of March, 2022.

JENNINGS, STROUSS & SALMON, P.L.C.

By ___*s/ Christopher M. Mason*___
    Christopher M. Mason
    One East Washington Street, Ste. 1900
    Phoenix, Arizona  85004-2554
    *Attorneys for Defendant Larry Browne*

# CERTIFICATE OF SERVICE

☒   I hereby certify that on March 30, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Janet M. Herold
> Andrew J. Schultz
> Boris Orlov
> Hailey Mcallister
> Paige Pulley
> Eduard R. Meleshinsky
> OFFICE OF THE SOLICITOR
> UNITED STATES DEPARTMENT OF LABOR
> 350 S. Figueroa St., Suite 370
> Los Angeles, California 90071-1202
> Email: orlov.boris@dol.gov
> *Attorneys for Plaintiff Secretary of Labor*

> Julie E. Maurer
> Andrew B. Kleiner
> LEWIS BRISBOIS BISGAARD & SMITH, LLP
> 2929 N. Central Ave., Suite 1700
> Phoenix, AZ 85012
> Email: Julie.Maurer@lewisbrisbois.com
> Email: Andrew.Kleiner@lewisbrisbois.com

> Peter N. Kirsanow
> Richard Hepp
> BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
> 200 Public Square, Ste. 2300 Cleveland, Ohio 44114-2378
> Telephone: 216.363.4500
> Facsimile: 216.363.4588
> pkirsanow@beneschlaw.com
> rhepp@beneschlaw.com
>
> *Attorneys for Defendant Arizona Logistics, Inc.,*
>  *d/b/a Diligent Delivery Systems*

> Sharon P. Stiller
> ABRAMS FENSTERMAN FENSTERMAN EISMAN FORMATO FERRERA & WOLF LLP
> 160 Linden Oaks, Ste. E
> Rochester, NY 14625
> Email: sstiller@abramslaw.com

> Michelle R. Matheson
> MATHESON & MATHESON, P.L.C.
> 15300 North 90th Street, Suite 550
> Scottsdale, Arizona 85260
> Email: mmatheson@mathesonlegal.com

> *Attorneys for Defendant Parts Authority Arizona LLC*

     *s/   Kathrine Roberts-Burch*

8162999v1(68545.1)