Marc A. Pilotin
Regional Solicitor
Boris Orlov (CSBN 223532)
Counsel for Wage and Hour
Hailey McAllister (CSBN 326785)
Paige Pulley (CSBN 312596)
Eduard R. Meleshinsky (CSBN 300547)
Trial Attorneys
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-5410
Facsimile:  (213) 894-2064
Email: orlov.boris@dol.gov

*Attorneys for Plaintiff Secretary of Labor*


Julie E Maurer
David Christian Clukey
LEWIS BRISBOIS BISGAARD & SMITH LLP
2929 North Central Avenue, Suite 1700
Phoenix, AZ 85012
Telephone: 602.385.7879
Facsimile: 602.385.051
julie.maurer@lewisbrisbois.com
david.clukey@lewisbrisbois.com

Peter N. Kirsanow
Richard Hepp
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
pkirsanow@beneschlaw.com
rhepp@beneschlaw.com

*Attorneys for Defendant Arizona Logistics, Inc.,*

Sharon P. Stiller, *pro hac vice*
Abrams Fensterman, LLP

160 Linden Oaks, Ste. E
Rochester, NY 14625
Tel: (585) 218-9999
Fax: (585) 218-0562
Email: sstiller@abramslaw.com

Michelle Ray Matheson
Matheson & Matheson PLC

32531 N Scottsdale Road
Suite 105-148
Scottsdale, AZ 85260
Tel: (480) 889-8951
Fax: (480) 339-4538
Email: mmatheson@mathesonlegal.com

*Attorneys for Defendant Parts Authority Arizona, LLC*


Christopher Mason
Jennings, Strouss, & Salmon, P.L.C.
One E. Washington St., Suite 1900
Phoenix, AZ 85004
Tel: (602) 262-5911
Fax: (602) 253-3255
Email: johnegbert@jsslaw.com

Kevin H. George, *pro hac vice*
Texas Bar No. 07805850
Kevin H. George & Associates, PC
440 Louisiana Street, Suite 1225
Houston, Texas 77002
(713) 655-0200/(713) 655-9035 (Fax)
kmas7656@aol.com

*Attorneys for Defendant Larry Browne*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Logistics, Inc., d/b/a Diligent Delivery Systems, an Arizona corporation; Larry Browne, an individual; Parts Authority Arizona, LLC, an Arizona limited liability company.<br><br>    Defendants. | Case No. 2:16-cv-04499-DLR<br><br>**PARTIES' STATUS REPORT RE PROPOSED TRIAL DATE AND PRETRIAL DEADLINES** |

Case 2:16-cv-04499-DLR   Document 266   Filed 04/13/22   Page 4 of 6

Plaintiff Martin J. Walsh, Secretary of Labor ("The Secretary"), Defendants Arizona Logistics, Inc. ("Arizona Logistics"), Larry Browne ("Browne") and Parts Authority Arizona LLC ("Parts Authority"), through their undersigned counsel and in anticipation of the telephonic trial scheduling conference set for April 14, 2022, submit this status report with suggested pretrial deadlines as follows:

WHEREAS, the parties met and conferred regarding scheduling and length of trial, outstanding discovery issues, and propose the following schedule for the Court's consideration:

1. The parties respectfully request a trial date beginning March 7, 2023.

2. The parties request a six-week trial to be evenly split three weeks for Plaintiff and three weeks for Defendants.

3. The parties have agreed to participate in private mediation and are in the process of scheduling a mediation session for the summer of 2022.

4. The Court recently ordered a deposition of Defendant's expert, Dkt. 258. Discovery shall reopen for an expert discovery window on September 1, 2022 through October 28, 2022. This Discovery window shall be limited to the following: 1) the Court ordered deposition of Defendants' expert, Dr. White; 2) parties supplementing their Damages estimates; 3) depositions of Dr. White, and Wage and Hour Investigator Espinoza and Assistant District Director Zahler on Damages; and 4) if Plaintiff's request to designate a vehicle costing rebuttal expert is granted by the Court, the deposition of the same expert shall occur in this window.

5. The parties will submit any challenges to expert opinions by January 13, 2023, or 53 days before trial.

1

6. The parties agree that, as required under Federal Rule of Civil Procedure 26(a)(3) and 26(e), the parties will submit their final supplemental and pretrial disclosures no later than February 3, 2023, or 30 days before trial.

7. Due to the complexity of this large misclassification case, the significant expert testimony involved, the large number of driver witnesses and resulting depositions, the 75-day Driver Witness discovery period will begin on November 7, 2022 and the Secretary will disclose his Driver Witnesses by November 7, 2022, or 120 days before trial. Defendants may take Driver depositions between November 7, 2022 and January 20, 2023.

WHEREFORE, the parties suggest pretrial deadlines as follows:

1. A six-week trial beginning on March 7, 2023, split evenly, three weeks for Plaintiff and three weeks for Defendants.

2. The parties have agreed to participate in private mediation and are in the process of scheduling a mediation session for the summer of 2022.

3. Discovery shall reopen for an expert discovery window on September 1, 2022 through October 28, 2022. This Discovery window shall be limited to the Court ordered deposition of Defendants' expert, Dr. White. Parties supplementing their Damages estimates and depositions of Dr. White, and Wage and Hour Investigator Espinoza and Assistant District Director Zahler on Damages. If Plaintiff's request for a vehicle costing rebuttal expert is granted by the Court, the deposition of the same expert shall occur in this window.

4. The Court ordered 75-day Driver witness discovery period consisting of Plaintiff's disclosure of his Driver witness and Defendants' deposition of the same shall open on November 7, 2022 and close on January 20, 2023.

5. The parties will submit any challenges to expert opinions by January 13, 2023, or 53 days before trial.

6. The parties shall submit their Federal Rule of Civil Procedure 26(a)(3) pre-trial and final Rule 26(e) supplemental disclosures no later than February 3, 2023, or 30 days before trial.

RESPECTFULLY SUBMITTED this 13th Day of April 2022.

By:
    */s/ Paige B. Pulley*
    PAIGE PULLEY
    Trial Attorney
    *Attorneys for Plaintiff*


    */s/ Peter N. Kirsanow*
    Peter N. Kirsanow (OH 0034196)
    Richard Hepp (OH 0090448)
    BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
    *Attorneys for Defendant Arizona Logistics, Inc. d/b/a Diligent Delivery Systems*


    */s/ Michelle Ray Matheson*
    Michelle Ray Matheson
    Matheson & Matheson PLC
    *Attorneys for Defendant Parts Authority Arizona LLC*