# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Logistics Incorporated, et al.,<br><br>Defendants. | No. CV-16-04499-PHX-DLR<br><br>**TRIAL SCHEDULING ORDER** |

On April 14, 2022, the Court held a trial scheduling conference and a hearing on the Secretary's motion to amend the scheduling order (Doc. 260). The Court discussed the parties' joint proposed schedule (Doc. 266) and the Secretary's motion to amend.

**IT IS ORDERED** that the Secretary's motion to amend the scheduling order (Doc. 260) is GRANTED. The Secretary may designate a rebuttal expert on vehicle costs. The parties are also ordered to disclose on September 1, 2022, all documents which experts reviewed or relied upon for the purposes of their opinions.

The Court adopts the parties' proposed schedule for the remaining deadlines as follows:

1. The trial in this case shall begin on March 7, 2023 and end on April 14, 2023. The trial shall last six weeks and the time allocated for opening statements, submitting proof, and closing statements divided evenly, three weeks for Plaintiff and

three weeks for Defendants. Trial time shall be reduced equally between Plaintiff and Defendants for jury selection, voir dire, and jury instructions.

2. The parties are ordered to mediate this matter, and the deadline for the parties to complete private mediation is August 31, 2022.

3. Expert discovery shall be reopened on September 1, 2022, through October 28, 2022.

4. Expert discovery shall be limited to the following: 1) the Court-ordered deposition of Defendants' expert, Dr. White (*see* Doc. 258); 2) parties supplementing their damages estimates; 3) depositions of Dr. White, and Wage and Hour Investigator Espinoza and Assistant District Director Zahler on damages; and 4) the deposition of Plaintiff's vehicle costing rebuttal expert.

5. Plaintiff shall disclose the Driver witnesses they intend to call at trial no later than November 7, 2022.

6. The Court-ordered 75-day Driver witness discovery period consisting of Defendants' depositions of Driver witnesses identified by Plaintiff shall open on November 7, 2022, and close on, January 21, 2023.

7. The deadline for parties to submit challenges to expert opinions is January 13, 2023.

8. The parties shall submit their Federal Rule of Civil Procedure 26(a)(3) pretrial and final Rule 26(e) supplemental disclosures no later than February 3, 2023.

Dated this 22nd day of April, 2022.

_____
Douglas L. Rayes
United States District Judge