1  Marc A. Pilotin
   Regional Solicitor
2  Boris Orlov (CSBN 223532)
   Counsel for Wage and Hour
3  Hailey McAllister (CSBN 326785)
   Paige Pulley (CSBN 312596)
4  Eduard R. Meleshinsky (CSBN 300547)
   Trial Attorneys
5  Office of the Solicitor
   United States Department of Labor
6  350 S. Figueroa St., Suite 370
7  Los Angeles, California 90071-1202
   Telephone: (213) 894-5410
8  Facsimile:  (213) 894-2064
   Email: orlov.boris@dol.gov
9

10  *Attorneys for Plaintiff Secretary of Labor*

11

12  Julie E. Maurer
13  LEWIS BRISBOIS BISGAARD & SMITH LLP
    2929 North Central Avenue, Suite 1700
14  Phoenix, AZ 85012
15  Telephone: 602.385.7879
    Facsimile: 602.385.051
16  julie.maurer@lewisbrisbois.com
17  david.clukey@lewisbrisbois.com

18  Peter N. Kirsanow
19  Richard Hepp
    BENESCH, FRIEDLANDER,
20  COPLAN & ARONOFF LLP
21  200 Public Square, Suite 2300
    Cleveland, Ohio 44114-2378
22  Telephone: 216.363.4500
    Facsimile: 216.363.4588
23  pkirsanow@beneschlaw.com
24  rhepp@beneschlaw.com

25  *Attorneys for Defendant Arizona Logistics, Inc.,*

26
    Sharon P. Stiller, *pro hac vice*
27  Abrams Fensterman, LLP

28

160 Linden Oaks, Ste. E
Rochester, NY 14625
Tel: (585) 218-9999
Fax: (585) 218-0562
Email: sstiller@abramslaw.com

Michelle Ray Matheson
Matheson & Matheson PLC

32531 N Scottsdale Road
Suite 105-148
Scottsdale, AZ 85260
Tel: (480) 889-8951
Fax: (480) 339-4538
Email: mmatheson@mathesonlegal.com

*Attorneys for Defendant Parts Authority Arizona, LLC*

Christopher Mason
Jennings, Strouss, & Salmon, P.L.C.
One E. Washington St., Suite 1900
Phoenix, AZ 85004
Tel: (602) 262-5911
Fax: (602) 253-3255
Email: johnegbert@jsslaw.com

Kevin H. George, *pro hac vice*
Texas Bar No. 07805850
Kevin H. George & Associates, PC
440 Louisiana Street, Suite 1225
Houston, Texas 77002
(713) 655-0200/(713) 655-9035 (Fax)
kmas7656@aol.com

*Attorneys for Defendant Larry Browne*

1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Logistics, Inc., d/b/a Diligent Delivery Systems, an Arizona corporation; Larry Browne, an individual; Parts Authority Arizona, LLC, an Arizona limited liability company.<br><br>Defendants. | Case No. 2:16-cv-04499-DLR<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |

Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor and Defendants Arizona Logistics, Inc., d/b/a Diligent Delivery Systems, Parts Authority Arizona, LLC, and Larry Browne (collectively "the Parties") hereby notify the Court that they have reached an agreement in principle to resolve the matters in controversy in this case. The Parties are working to finalize the terms of the agreement in a consent judgment and will file the same for the Court's approval and signature within 45 days. Accordingly, the Parties request that the Court vacate all remaining deadlines in this matter.

RESPECTFULLY SUBMITTED this 28th Day of September 2022.

By:
    */s/ Paige Pulley*
    PAIGE PULLEY
    Trial Attorney
    U.S. Department of Labor
    *Attorneys for Plaintiff*

    */s/ Peter N. Kirsanow*
    Peter N. Kirsanow (OH 0034196)
    Richard Hepp (OH 0090448)
    BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
    *Attorneys for Defendant Arizona Logistics, Inc. d/b/a Diligent Delivery Systems*

    */s/ Sharon P. Stiller*
    Sharon P. Stiller
    Abrams Fensterman Fensterman Eisman
    Formato Ferrera & Wolf LLP
    *Attorneys for Defendant Parts Authority Arizona LLC*

    */s/ Christopher Mason*
    Christopher Mason
    Jennings Strouss & Salmon, PLC
    *Attorneys for Defendant Larry Browne*