Marc A. Pilotin
Regional Solicitor
Boris Orlov (CSBN 223532)
Counsel for Wage and Hour
Hailey McAllister (CSBN 326785)
Paige Pulley (CSBN 312596)
Eduard Meleshinsky (CSBN 300547)
Trial Attorneys
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-5410
Facsimile:  (213) 894-2064
Email: orlov.boris@dol.gov

*Attorneys for Plaintiff Secretary of Labor*

Julie E. Maurer
LEWIS BRISBOIS BISGAARD & SMITH LLP
2929 North Central Avenue, Suite 1700
Phoenix, AZ 85012
Telephone: 602.385.7879
Facsimile: 602.385.051
julie.maurer@lewisbrisbois.com
david.clukey@lewisbrisbois.com

Peter N. Kirsanow
Richard Hepp
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
pkirsanow@beneschlaw.com
rhepp@beneschlaw.com

*Attorneys for Defendant Arizona Logistics, Inc.,*

Sharon P. Stiller, *pro hac vice*
Abrams Fensterman, LLP

160 Linden Oaks, Ste. E
Rochester, NY 14625
Tel: (585) 218-9999
Fax: (585) 218-0562
Email: sstiller@abramslaw.com

Michelle Ray Matheson
Matheson & Matheson PLC

32531 N Scottsdale Road
Suite 105-148
Scottsdale, AZ 85260
Tel: (480) 889-8951
Fax: (480) 339-4538
Email: mmatheson@mathesonlegal.com

*Attorneys for Defendant Parts Authority Arizona, LLC*

Christopher Mason
Jennings, Strouss, & Salmon, P.L.C.
One E. Washington St., Suite 1900
Phoenix, AZ 85004
Tel: (602) 262-5911
Fax: (602) 253-3255
Email: johnegbert@jsslaw.com

Kevin H. George, *pro hac vice*
Texas Bar No. 07805850
Kevin H. George & Associates, PC
440 Louisiana Street, Suite 1225
Houston, Texas 77002
(713) 655-0200/(713) 655-9035 (Fax)
kmas7656@aol.com

*Attorneys for Defendant Larry Browne*

1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

12
13

Martin J. Walsh, Secretary of Labor,
United States Department of Labor,

14

Plaintiff,

15

v.

16

Arizona Logistics, Inc., d/b/a Diligent
Delivery Systems, an Arizona corpora-
tion; Larry Browne, an individual; Parts
Authority Arizona, LLC, an Arizona
limited liability company.

17
18
19
20

Defendants.

21

Case No. 2:16-cv-04499-DLR

**STIPULATION REGARDING**
**CONSENT JUDGMENT**

22
23
24
25
26
27
28

1    IT IS HEREBY STIPULATED, by and between Plaintiff, Martin J. Walsh, Secre-

2  tary of Labor, United States Department of Labor and Defendants Arizona Logistics, Inc.,

3  d/b/a Diligent Delivery Systems, Parts Authority Arizona, LLC, and Larry Browne (col-

4  lectively "the Parties"), that they agree to the terms of the attached Consent Judgment as

5  a full and final settlement of this action between the Parties.

6    RESPECTFULLY SUBMITTED this 15th Day of November 2022.

7

8                                    MARC A. PILOTIN
                                     Regional Solicitor
9

10                                   /s/ Boris Orlov
11                                   Boris Orlov
                                     Counsel for Wage and Hour
12

13                                   Hailey McAllister, Trial Attorney
                                     Paige Pulley, Trial Attorney
14                                   Eduard R. Meleshinsky, Trial Attorney
                                     *Attorneys for the Plaintiff*
15                                   *U.S. Department of Labor*

16

17                                   */s/ Peter N. Kirsanow*
18                                   Peter N. Kirsanow (OH 0034196)

19                                   Richard Hepp (OH 0090448)

20                                   BENESCH, FRIEDLANDER,
                                     COPLAN & ARONOFF LLP
21                                   *Attorneys for Defendant Arizona Logistics, Inc.*
                                     *d/b/a Diligent Delivery Systems*
22

23                                   */s/ Sharon P. Stiller*
24                                   Sharon P. Stiller
                                     Abrams Fensterman, LLP
25                                   *Attorneys for Defendant Parts Authority Ari-*
                                     *zona LLC*
26

27

28

1
STIPULATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Christopher Mason*

Christopher Mason
Jennings Strouss & Salmon, PLC
*Attorneys for Defendant Larry Browne*

2
STIPULATION